**UNITED STATES of America,**
**Appellee,**

v.

**David PEARSON, Appellant.**

**No. 04–3593.**

United States Court of Appeals,
Eighth Circuit.

Submitted Aug. 2, 2005.

Decided Aug. 8, 2005.

---

James C. Delworth, Asst. U.S. Attorney, U.S. Attorney's Office, St. Louis, MO, for Appellee.

David Pearson, Millington, TN, pro se.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

David Pearson appeals the district court's[1] denial of his motion to modify his sentence under 18 U.S.C. § 3582(c)(1)(A)(i) and (c)(2), and the Prosecutorial Remedies and Other Tools to end the Exploitation of Children Today Act of 2003 (PROTECT Act). None of the statutory sections Mr. Pearson has cited provides a basis for modifying his sentence. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.